

# Missouri Court of Appeals
## Southern District

## DECEMBER 17, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD33133

      Re:    STATE OF MISSOURI,
             Respondent,
             vs.
             DERON LEWIS,
             Appellant.